**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOSEPH A. CALTAGIRONE, AS
ADMINISTRATOR AD PROSEQUENDUM
FOR THE ESTATE OF JOSEPH F.
CALTAGIRONE, DECEASED AND
JOSEPH A. CALTAGIRONE,
INDIVIDUALLY,

           Petitioner

        v.

CEPHALON, INC. AND TEVA
PHARMACEUTICALS USA, INC.,

           Respondents

: No. 248 EAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2018, the Petition for Allowance of Appeal is

**DENIED**.